■ NISSIM TAWIL, Respondent, v. EISENBERG & CO., U. S. A. AGENCY, INC., Appellant.— Order, entered on February 27, 1962, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ EILEEN L. KING, Respondent, v. RICHARD M. KING, Appellant.— Order entered on April 25, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ ERNEST PARKER et al., Respondents, v. DAVID FISHER et al., Appellants. — Orders entered on February 23, 1962 unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ ANNE GARRONE et al., Appellants, v. DORIS NOTTINGHAM, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of THOMAS F. WARNOCK, Petitioner, v. MICHAEL J. MURPHY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMIE KEVELSON, Appellant.— Judgment of conviction unanimously reversed on the law, the information dismissed and the fine remitted, on the authority of *People v. Rowen* (9 N Y 2d 732) and *People v. Broadway-Sheridan Arms* (275 App. Div. 352, affd. 300 N. Y. 559). Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of MICHAEL J. O'MALLEY, Petitioner, v. STEPHEN P. KENNEDY, as Commissioner of Police of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between FALCON FABRICS, INC., Respondent, and PENN-RAYON CORP., Appellant.— Order entered on January 9, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally and Stevens, JJ.

■ DOROTHY HAMID, Appellant, v. MARIO LALLI et al., Respondents.— Judgment so far as appealed from unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of SYDNEY F. COHEN et al., Copartners Doing Business as PRECISION STEEL RULE DIE CO., Petitioner, v. LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ CLANCY MONCELSI, Appellant, v. RICHARD C. KELLER, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally, and Stevens, JJ.

■ In the Matter of JAMES J. HEALY, an Attorney.— Motion for an order modifying order of disbarment denied. Concur — Botein, P J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of WALTER HIGGINS, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.